Lauren Jill Marcus (N.J. Bar No. 030012009)
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE COMPOSITION ROOFERS LOCAL 4 WELFARE FUND, BOARD OF TRUSTEES OF THE COMPOSITION ROOFERS LOCAL 4 PENSION FUND, BOARD OF TRUSTEES OF THE COMPOSITION ROOFERS LOCAL 4 ANNUITY FUND and BOARD OF TRUSTEES OF THE COMPOSITION ROOFERS LOCAL 4 APPRRENTICE INFORMATION AND EDUCATION FUND, and COMPOSITION ROOFERS LOCAL 4, <br><br> Plaintiffs, <br><br> vs. <br><br> RAMCO CONSTRUCTION, INC. RAMKO CONSTRUCTION, INC., and ABC CORPORATION, a fictitious company, DEF, LLC. a fictitious company, HOWARD RAMCO, as an individual, and JOHN ROE and JANE DOE, as fictitious individuals, <br><br> Defendants. | Civil Action No. 2:13-cv-06392-SDW-MCA <br><br> **CONSENT ORDER AND STIPULATION WITHDRAWING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND VACATING THE ENTRY OF DEFAULT** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, acting by and through their undersigned counsel, that:

1. Plaintiffs' Motion to Enter Default Judgment, returnable January 16, 2014, is hereby withdrawn;

2. The Clerk's December 4, 2013 Entry of Default as to defendants Ramco Construction, Inc. and Ramko Construction, Inc. ("Corporate Defendants") in this matter is hereby VACATED and SET ASIDE, the parties to bear their own costs.

So Ordered: _____  Dated: Jan 16, 2014
Hon. Susan D. Wigenton, U.S.D.J.

Stipulated And Consented To:

| COHEN, LEDER, MONTALBANO & GROSSMAN, L.L.C. | LITTLER MENDELSON, P.C. |
| --- | --- |
| Attorneys for Plaintiffs | A Professional Corporation |
| | Attorneys for Defendants |

By: _____ 1/15/2014         By: /s/ Lauren J. Marcus
Paul A. Montalbano                         Lauren J. Marcus